UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 18-cv-03710 |
| | ) |
| 900 HOTEL VENTURE, LLC, | ) Honorable Virginia M. Kendall |
| d/b/a FOUR SEASONS HOTEL, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISS
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant, 900 HOTEL VENTURE, LLC d/b/a FOUR SEASONS HOTEL, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

Respectfully submitted,

| | |
|---|---|
| HOWARD COHAN | 900 HOTEL VENTURE, LLC d/b/a FOUR SEASONS HOTEL |
| | |
| By: /s/ *Marshall J. Burt* | By: */s/ Jeff Nowak* |
| Counsel for Plaintiff | Counsel for Defendant |
| | |
| Marshall J. Burt, Esq. | Jeff Nowak Esq. |
| The Burt Law Group, Ltd. | Franczek Radelet P.C. |
| 77 W. Washington, Ste 1300 | 300 S. Wacker Dr., Ste 300 |
| Chicago, IL 60602 | Chicago, Illinois 60606 |
| 312-419-1999 | (312) 786-6164 |
| Marshall@mjburtlaw.com | jn@franczek.com |

1